AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cudahy, Richard D | 2. Court or Organization<br><br>Court of Appeals/7th Circuit | 3. Date of Report<br><br>5/15/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5. Report Type (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Chambers 2648<br><br>219 South Dearborn Street<br><br>Chicago, IL 60657 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board of Directors | ██████████ Fund |
| 2. | Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. | Member and Fellow | American Bar Association |
| 4. | Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. | Member | The Lawyers Club of Chicago |
| 6. | Member | Federal Judges' Association |
| 7. | Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. | Member | American Legion |
| 9. | Co-Trustee | ██████████ Trust #1, #2 and ██████ Trust #1 (for ██████ only) |
| 10. | Member | Union League Club of Chicago |
| 11. | Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. | Member | Visiting Committee of the University of Chicago Divinity School |

2005 MAY 20 PM 10: 22 RECEIVED FINANCIAL DISCLOSURE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | ███████ Pension Plan B | $1,451 |
| 2. 2004 | DePaul University Teaching Salary | $2,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Salary as Medical Doctor for Advocate Northside Health System |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pace University | Moot Court at White Plains, NY on 2/20/04 (air fare, hotel, rental car) |
| 2. | Energy Law Journal Foundation | Keynote Speaker for 25th Anniversary in Washington, DC on 4/28/04 (air fare, ground transportation and hotel) |
| 3. | Administrative Counsel for Economic Defense | Panel Authority for Seminar on Competition in Brasilia, Brazil, on December 2-4, 2004 (air fare and per diem) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div; rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▮▮▮▮▮▮▮▮▮ | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | J | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | B | Interest | K | T | | | | | |
| 4. -Federated Treas. Obl Fund | E | Interest | H1 | T | | | | | |
| 5. -U S Treas Notes 2-15-04 | D | Interest | M | T | matured | 2/17 | L | | |
| 6. -U S Treas Note 2-15-07 | D | Interest | M | T | | | | | |
| 7. -U S Treas Notes 11-15-08 | C | Interest | M | T | | | | | |
| 8. -U S Treas Note 13 | C | Interest | M | T | | | | | |
| 9. -U S Treas Sec Stripped 2-15-10 | | | M | T | | | | | Col. B (2)— Market disct |
| 10. -Idaho Bldg Rev 06 | C | Interest | L | T | call | Jul 1 | K | D | partial |
| 11. -JohnsonCntyKS ParkRec 05 | D | Interest | M | T | | | | | |
| 12. -Norfolk VA 05 | B | Interest | | | PreRefund | Jun 1 | M | B | |
| 13. -Reeths-Puffer Mich Schls 06 | D | Interest | M | T | | | | | |
| 14. -Reeths-Puffer Mich Schls 05 | C | Interest | L | T | | | | | |
| 15. -Alexandria VA 06 | C | Interest | M | T | | | | | |
| 16. -Carrollton TX 09/06 | D | Interest | M | T | | | | | |
| 17. -Plano TX ISD 08/04 | | | | | PreRefund | 2/17 | L | C | |
| 18. -Des Moines IA 09/06 | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -JacksonvilleTX ISD 05 | C | Interest | M | T | | | | | |
| 20. -Great Valley PA ISD 05 | D | Interest | M | T | | | | | |
| 21. -Zapata Cnty TX ISD 05 | C | Interest | M | T | | | | | |
| 22. -Albuquerque NM StormSewer 07 | C | Interest | M | T | | | | | |
| 23. -Clark Cnty NV Flood Control 10/9 | D | Interest | M | T | | | | | |
| 24. -Port Seattle WA 18/10 | D | Interest | M | T | | | | | |
| 25. -El PasoCnty TX 13/08 | D | Interest | M | T | | | | | |
| 26. -Salt Lake Cnty UT 14/11 | C | Interest | M | T | | | | | |
| 27. -McKinney X Ser B 15 | D | Interest | M | T | | | | | |
| 28. -Jordan UT School 11 | C | Interest | M | T | | | | | |
| 29. -Mississippi ST 14 | C | Interest | M | T | | | | | |
| 30. -Pittsburg PA School 14 | C | Interest | M | T | | | | | |
| 31. -Arlington TX ISD 14 | C | Interest | M | T | | | | | |
| 32. -Gulf Coast Waste TX 15 | C | Interest | M | T | | | | | |
| 33. -Nicholas Fund (equity) | A | Dividend | M | T | | | | | |
| 34. -Vanguard GoldPrecMetals | A | Dividend | L | T | Buy | Jul21 | K | | |
| 35. Newmont Mining | A | Dividend | K | T | Buy | Oct21 | K | | |
| 36. First Eagle Sogen Gold | A | Dividend | K | T | B | Mar24 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$30,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. First Eagle Sogen Gold | A | Dividend | K | T | Buy | May 1 | K | | |
| 38. -GE Capital Assurance Annuity | C | Distribution | M | T | | | | | |
| 39. -USBank Milw IRA Cash | A | Interest | K | T | | | | | |
| 40. -Marshl/IlslyBnkMilwIRA-Cash | B | Interest | K | T | | | | | |
| 41. -NuveenTaxExUnitTrusts | A | Interest | J | T | | | | | |
| 42. -HarrisBnkWinnetka Cash/CashEq | A | Interest | K | T | | | | | |
| 43. -HarrisBnkWinnetka C/D | B | Interest | M | T | | | | | |
| 44. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 45. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 46. -Brock TX ISD 07 | A | Interest | J | T | | | | | |
| 47. -Wichita KS Hosp 17 | A | Interest | | | Redempt. | Apr 1 | K | B | |
| 48. -Arkansas Family Housing 09 | A | Interest | J | T | | | | | |
| 49. -Hawaii 0% GO 09 | B | | K | T | Called 1/1 | 2005 | | | B(2) - original issue disct |
| 50. -NuveenPremIncomeMuniFund | C | Dividend | K | T | | | | | |
| 51. -VanKampen ValuMuniTrust | A | Dividend | J | T | | | | | |
| 52. -General TaxEx MonMkt | | | | | Liquidated | Jun1 | J | | |
| 53. Centennial MonMkt Tr | A | Dividend | J | T | Buy | Jan 1 | J | | |
| 54. -NuveenSelectTaxFreeIncome | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes; | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Municipal Advantage Fund | B | Dividend | K | T | | | | | |
| 56. -Nuveen Municipal Value Fund | A | Dividend | K | T | | | | | |
| 57. -Neuberger Berman Mun Fund | B | Dividend | K | T | | | | | |
| 58. Blackrock Muni Tr. II | B | Dividend | K | T | Buy | 4-12 | K | | |
| 59. ▮▮▮▮▮▮▮▮▮▮TR #1 - NORTHERN TR CHICAGO CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain |
| 60. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 61. -MFB Northern Grwth Eqty Fund | | Dividend | | T | | | | | |
| 62. -MFB Northern Intnatnl GrEqFnd | | Dividend | | T | | | | | |
| 63. -MFB Northern SmallCap IndexFnd | | Dividend | | T | | | | | |
| 64. -Blackfeet Indian Hsg Auth 05 | | Interest | | T | | | | | |
| 65. -Point Pleasant WV Housing 04 | | Interest | | T | Matured | Nov1 | K | | |
| 66. -Nevada State 05/04 | | Interest | | T | PreRefunded | Apr1 | L | | |
| 67. -Maricopa Cnty AZ SD 69 04 | | Interest | | T | Matured | Jul 1 | L | | |
| 68. -VA PubSchl Auth 06/04 | | Interest | | T | Called | Aug2 | M | | |
| 69. -Clark Cnty NV School 05/04 | | Interest | | T | Called | 12-15 | M | | |
| 70. -Skagit Cnty WA School 07/04 | | Interest | | T | Called | 12-1 | M | | |
| 71. -MA Refunding 07 | | Interest | | T | | | | | |
| 72. -Davenport IA 08/06 | | Interest | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Southern IL Univ 09 | | Interest | | T | | | | | |
| 74. -Austin TX ISD 06 | | Interest | | T | | | | | |
| 75. -Atlanta GA Dev Auth 11/08 | | Interest | | T | | | | | |
| 76. -NJ Environmental 10 | | Interest | | T | | | | | |
| 77. -Maricopa Cnty AZ SD #4 05 | | Interest | | T | | | | | |
| 78. -Maryland 08 | | Interest | | T | | | | | |
| 79. -Forest Hills MI PubSchl 09 | | Interest | | T | | | | | |
| 80. -Dayton OH Water 04 | | Interest | | T | matured | Dec1 | M | | |
| 81. -Summit NJ 12/09 | | Interest | | T | | | | | |
| 82. -Henrico Cnty VA 11 | | Interest | | T | | | | | |
| 83. ▬▬▬▬▬TR#2/DJ GODFREY JR MILWAUK CO-TTEE | F | | P1 | T | | | | | B2=di, int, cap gain |
| 84. -Federated Treas Oblgatns Fd | | Interest | | T | | | | | |
| 85. -U S Treas Stripped 06 | | Interest | | T | | | | | |
| 86. -JohnsonCtyKS Park&Rec 05 | | Interest | | T | | | | | |
| 87. -Reeths-Puffer MI Schl 06 | | Interest | | T | | | | | |
| 88. -Reeths-Puffer MI Schl 05 | | Interest | | T | | | | | |
| 89. -Tempe AZ 09/08 | | Interest | | T | | | | | |
| 90. -Arlington TX 07 | | Interest | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Clark Cnty NV 10/09 | | Interest | | T | | | | | |
| 92. -Sapulpa OK Cap Impr 14/12 | | Interest | | T | | | | | |
| 93. -Kentucky School 11/9 | | Interest | | T | | | | | |
| 94. -Portsmouth VA 12/08 | | Interest | | T | | | | | |
| 95. -Travis Cnty TX 12/09 | | Interest | | T | | | | | |
| 96. -Pittsburgh PA School 14 | | Interest | | T | | | | | |
| 97. -Gulf Coast Waste TX 15 | | Interest | | T | | | | | |
| 98. -Tacoma WA Water 14 | | Interest | | T | | | | | |
| 99. -Pulaski Cnty AR 15 | | Interest | | T | | | | | |
| 100. -Nicholas Fund | | Dividend | | T | | | | | |
| 101. -Fidelity Equity Inc. Fund | | Dividend | | T | | | | | |
| 102. -TriContinental Corp ComStk | | Dividend | | T | Sold | 5-25 | L | | |
| 103. -Salomon Bros Fund | | Dividend | | T | | | | | |
| 104. -Vanguard IntnatlGroPofolio | | Dividend | | T | | | | | |
| 105. -Vanguard Index500 Pofolio | | Dividend | | T | | | | | |
| 106. -Invesco Finan Svcs | | Dividend | | T | | | | | |
| 107. -Vanguard Healthcare Pofolio | | Dividend | | T | | | | | |
| 108. T Rowe Price MidCap Growth | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Northern Technology Fund | | Dividend | | T | Sold | 5-24 | L | | |
| 110. Nasdaq 100 Index | | Dividend | | T | Buy | 5-27 | M | | |
| 111. ▉▉▉▉▉▉ 1976 TRUST/D J GODFREY&JS CUDAHY TTEES | E | | P1 | T | ... | | | | B2=div, int, cap gain |
| 112. -FederatedTreasOblFund | | Interest | | T | | | | | |
| 113. -U S Treas Stripped 5-15-06 | | | | T | | | | | Col B (2) - Market disct |
| 114. -JohnsonCntyKSPark&Rec 05 | | Interest | | T | | | | | |
| 115. -Reeths-Puffer MI Schl 06 | | Interest | | T | | | | | |
| 116. -Reeths-Puffer MI Schl 05 | | Interest | | T | | | | | |
| 117. -Alexandria VA 06 | | Interest | | T | | | | | |
| 118. -Tempe AZ 10/08 | | Interest | | T | | | | | |
| 119. -Clark Cnty NV 10/09 | | Interest | | T | | | | | |
| 120. -Kentucky School 11/09 | | Interest | | T | | | | | |
| 121. -Pittsburgh PA School 14 | | Interest | | T | | | | | |
| 122. -Pulaski Cnty AR 15 | | Interest | | T | | | | | |
| 123. Beaufort Cnty. S.C. | | Interest | | T | buy | 10-29 | K | | |
| 124. -Nicholas Fund | | Dividend | | T | | | | | |
| 125. -Fidelity Equity Income Fund | | Dividend | | T | | | | | |
| 126. -TriContinental Corp Com Stk | | Dividend | | T | sold | 5-25 | L | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. -Salomon Bros Fund | | Dividend | | T | | | | | |
| 128. -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | |
| 129. -Vanguard Index Tr 500 | | Dividend | | T | | | | | |
| 130. -Vanguard Health Care | | Dividend | | T | | | | | |
| 131. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 132. -T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 133. -Northern Technology | | Dividend | | T | sold | 5-24 | K | | |
| 134. Nasdaq 100 Index | | Dividend | | T | Buy | 5-27 | L | | |
| 135. RDC CO - ptnrshp minor children ▓▓▓ Watts IL custodian | F | | P1 | T | | | | | B(2) = div, int, cap gain |
| 136. -CashMarshall/IlsleyBnk Milw | | Interest | | T | | | | | |
| 137. -Gen Municipal Money Mkt | | Interest | | T | | | | | |
| 138. -S&P DeposRecptsSerl Com Stk | | Dividend | | T | | | | | |
| 139. -David L Babson Growth Fund | | Dividend | | T | merge/swap | 4-16 | K | | |
| 140. Tamarack Large Cap Eq Fund | | Interest | | T | merge/swap | 4-16 | K | | |
| 141. Fidelity Magellan Fund | | Dividend | | T | | | | | |
| 142. -Fidelity Equity Income Fund | | Dividend | | T | | | | | |
| 143. -TriContinental Corp Com Stk | | Dividend | | T | Sold | 2-20 | L | | |
| 144. -Salomon Bros Fund | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q–W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J–P) | (4) Gain Code 1 (A–H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -Nicholas Fund | | Dividend | | T | | | | | |
| 146. -AIM BluechipEquity Fd Cl A | | Dividend | | T | sold | 5-21 | L | | |
| 147. -Health Care Select SPDR | | Dividend | | T | | | | | |
| 148. Select Sector Spdr Tr Sbl Int-Tech | | Dividend | | T | Buy | 4-27 | L | | |
| 149. Select Sector Spdr Tr Sbi Int-Inds | | Dividend | | T | buy | 4-27 | L | | |
| 150. Health Care Select Sector SPDR | | Dividend | | T | buy | 5-25 | L | | |
| 151. Select Sector Spdr Tr Sbi Int-Tech | | Dividend | | T | buy | 5-27 | E | | |
| 152. -Lake Worth TX ISD 07 | | Interest | | T | sold | 2-20 | E | | |
| 153. -Plano TX ISD 08 | | Interest | | T | sold | 2-20 | E | | |
| 154. -Conway AR SalesUseTax 05 | | Interest | | T | | | | | |
| 155. MS St Cap Imp Bldg Fund | | Interest | | T | buy | 11-1 | M | | |
| 156. -CypressFairbanks TX ISD 07 | | Interest | | T | | | | | |
| 157. -McKinney TX ISD 10 | | Interest | | T | sold | 2-20 | E | | |
| 158. -Lumberton TX ISD 09 | | Interest | | T | | | | | |
| 159. -Ohio ST Pub Facil 09 | | Interest | | T | | | | | |
| 160. -OK Dev Finan Auth 10 | | Interest | | T | sold | 7-7 | E | | |
| 161. -Zapata Co TX ISD 08 | | Interest | | T | | | | | |
| 162. -Reeths-Puffer MI Schls 06 | | Interest | | T | | | | | pre-refunded portion |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Reeths-Puffer MI Schls 06 | | Interest | | T | | | | | unrefunded balance |
| 164. -AK State Housing 10 | | Interest | | T | | | | | |
| 165. -Arlington TX Imprvmnt 07 | | Interest | | T | | | | | |
| 166. -WA State HCFA Rev 08 | | Interest | | T | | | | | |
| 167. -Nazareth TX ISD 10 | | Interest | | T | | | | | |
| 168. -CollinCnty TX CommunCollg 16 | | Interest | | T | | | | | |
| 169. -U S Treas Stripped 11-15-07 | | | | T | | | | | Col B2-mkt disct accretion |
| 170. -U S Treas Notes 8-15-13 | | Interest | | T | | | | | |
| 171. ▓▓▓▓▓TR #11 FBO PG | E | | P1 | T | | | | | B2 - div, cap gain |
| 172. D J Godfrey, Milwaukee, WI Co-trustee | | | | | | | | | |
| 173. -Federal Treas Obligns Fund | | Interest | | T | | | | | |
| 174. -U S Treas Notes 8-15-09 | | Interest | | T | | | | | |
| 175. -Albuquerque NM SD 012 11 | | Interest | | T | | | | | |
| 176. -Austin TX Ctfsoblig 09/08 | | Interest | | T | | | | | |
| 177. -ClarkCnty NV FloodConrol 06 | | Interest | | T | | | | | |
| 178. -King Cnty WA SD412 06 | | Interest | | T | | | | | |
| 179. -Nixa MO SDR02 10/08 | | Interest | | T | | | | | |
| 180. -Omaha Neb Elec Rev 05 | | Interest | | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. -StLouisCntyMO SD R-6 09/08 | | Interest | | T | | | | | |
| 182. -Tennessee Sch Board 12/08 | | Interest | | T | | | | | |
| 183. -Sapulpa Okla CapImprov 14/12 | | Interest | | T | | | | | |
| 184. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 185. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 186. -Nicholas Fund | | Dividend | | T | | | | | |
| 187. -T Rowe Pri2 Mid Cap Grwth Fd | | Dividend | | T | | | | | |
| 188. -Salomon Bros Fund | | Dividend | | T | | | | | |
| 189. -TriContinental Corp | | Dividend | | T | sold | 5-25 | L | | |
| 190. -Vanguard Health Care | | Dividend | | T | | | | | |
| 191. -Vanguard Worldmena Grw® | | Dividend | | T | | | | | |
| 192. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 193. -Northern Technology Fund | | Dividend | | T | sold | 5-24 | K | | |
| 194. Nasdaq 100 Index | | Dividend | | T | buy | 5-27 | L | | |
| 195. ▮▮▮▮▮▮▮▮TRUST #1 FBO ML | E | | P1 | T | | | | | B2=div, int, cap gain |
| 196. D J Godfrey Milwaukee, WI - Co-Trustee | | | | | | | | | |
| 197. -FederatedTreasOblFund | | Interest | | T | | | | | |
| 198. -U S Treasury Notes 8-15-09 | | Interest | | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. -Albuquerque NM SD #012 11/08 | | Interest | | | | | | | |
| 200. -Austin TX Gtfs Obl 09/08 | | Interest | | T | | | | | |
| 201. -Clark Cnty NV Flood Cntrl 06 | | Interest | | T | | | | | |
| 202. -King Cnty WA SD #412 06 | | Interest | | T | | | | | |
| 203. -Nixa MO SD R02 10/08 | | Interest | | T | | | | | |
| 204. -OmahaNebPubPowElecRev 05 | | Interest | | T | | | | | |
| 205. -StLouis CntyMO SD R6 09/08 | | Interest | | T | | | | | |
| 206. -TN SchoolBoard Auth 12/08 | | Interest | | T | | | | | |
| 207. -Sequipa Okla Cap Improv 14/12 | | Interest | | T | | | | | |
| 208. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 209. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 210. -Nicholas Fund | | Dividend | | T | | | | | |
| 211. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 212. Salomon Bros Fund | | Dividend | | T | | | | | |
| 213. -TriContinental Corp | | Dividend | | T | sold | 5-25 | L | | |
| 214. -Vanguard Health Care | | Dividend | | T | | | | | |
| 215. -Vanguard WorldInternatlGrowth | | Dividend | | T | | | | | |
| 216. -Vanguard Index 500 | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. -Northern Technology Fund | | Dividend | | T | sold | 5-24 | L | | |
| 218. Nasdaq 100 Index | | Dividend | | T | buy | 5-27 | L | | |
| 219. ▮▮▮▮▮▮▮▮▮▮TRUST #2 FBO PG | D | . | N | T | -- | | | | B2 = div, int. cap gain |
| 220. D J Godfrey & J Holtz, Milwaukee, Trustees | | | | | | | | | |
| 221. -Federated Treas Obl Fund | | Interest | | T | | | | | |
| 222. -U S Treas Note 8-15-13 | | Interest | | T | | | | | |
| 223. -U S Treas Secur Stripped 06 | | . | | T | | | | | Col B(2) - Market disc |
| 224. -Austin TX 09/08 | | Interest | | T | | | | | |
| 225. -Clark Coty NV 06 | | Interest | | T | | | | | |
| 226. -Kentucky School 11/09 | | Interest | | T | | | | | |
| 227. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 228. -AIM InvescoFinan Svcs | | Dividend | | T | | | | | |
| 229. -Nicholas Fund | | Dividend | | T | | | | | |
| 230. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 231. -Salomon Bros Fund | | Dividend | | T | | | | | |
| 232. -TriContinental Corp. | | Dividend | | T | sold | 5-25 | K | | |
| 233. -Vanguard Health Care | | Dividend | | T | | | | | |
| 234. -Vanguard World Intern'l Growth | | Dividend | | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $200,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 236. -Northern Technology Fund | | Dividend | | T | sold | 5-24 | J | | |
| 237. Nasdaq 100 Index | | Dividend | | T | buy | 5-27 | K | | |
| 238. ▬▬▬▬▬▬ TRUST #2 FBO ML | D | | N | T | | | | | B2-div, int, cap gain |
| 239. D J Godfrey & J Holtz, Milwaukee, Trustees | | | | | | | | | |
| 240. -Federated Treas Obl Fund | | Interest | | T | | | | | |
| 241. -U S Treas Note 8-15-13 | | Interest | | T | | | | | |
| 242. -U S Treas Stripped 06 | | | | T | | | | | Col B(2) mkt iset accretion |
| 243. -Austin TX 09/08 | | Interest | | T | | | | | |
| 244. -Clark Cnty NV 06 | | Interest | | T | | | | | |
| 245. -Kentucky School 11/09 | | Interest | | T | | | | | |
| 246. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 247. -AIM Inesco Finan Svcs | | Dividend | | T | | | | | |
| 248. -Nicholas Fund | | Dividend | | T | | | | | |
| 249. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 250. -Salomon Bros Fund | | Dividend | | T | | | | | |
| 251. -TriContinental Corp | | Dividend | | T | sold | 5-25 | K | | |
| 252. -Vanguard Health Care | | Dividend | | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. -VanguardWorld InternatllGrowth | | Dividend | | T | | | | | |
| 254. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 255. -Northern Technology Fund | | Dividend | | T | Sold | 5-24 | J | | |
| 256. Nasdaq 100 Index | | Dividend | | T | Buy | 5-27 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                                      Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544